**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gerald WOODS, Defendant—Appellant.**

No. 05–10149.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2006.*

Filed March 10, 2006.

Darin Lahood, Esq., Las Vegas, NV, for Plaintiff—Appellee.

Jason F. Carr, Esq., Franny A. Forsman, Esq., Las Vegas, NV, for Defendant—Appellant.

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

MEMORANDUM **

Appellee has filed an unopposed motion to reverse appellant's conviction and remand this case to the district court for a new trial. Appellee concedes that its incorrect reference to appellant's prior conviction as involving a firearm and its use of appellant's three prior misdemeanor convictions not involving truthfulness to impeach appellant at trial were errors that affected the outcome of the trial. *See*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*United States v. Jimenez,* 214 F.3d 1095 (9th Cir.2000); Fed.R.Evid. 609(a).

Accordingly, appellant's conviction is reversed. This matter is remanded to the district court for a new trial.

**REVERSED AND REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

